AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                          DISTRICT OF                     NEW YORK

Leslie Drucker

vs.

The City of New York and
the Department of Education
of the City of New York

**APPEARANCE**

Case Number:  09 CIV. 2964 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, LESLIE DRUCKER

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/18/2009 | |
| Date | Signature |
| | EDWARD H. WOLF    EHW0656 |
| | Print Name    Bar Number |
| | 910 GRAND CONCOURSE, STE. 1F |
| | Address |
| | BRONX    NEW YORK    10451 |
| | City    State    Zip Code |
| | (718) 410-0653    (718) 410-4061 |
| | Phone Number    Fax Number |