UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LESLIE DRUCKER,

                Plaintiff,

    -against-

THE CITY OF NEW YORK and THE DEPARTMENT
OF EDUCATION OF THE CITY OF NEW YORK,

               Defendants.
---------------------------------------------------------------X

Index No. 09-CV-2964
(GBD)(DFE)

CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT: Eisner & Mirer, P.C., of 113 University Place, 8th Flr., New York, NY 10003, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: New York, New York
       February 5, 2010

_____
WOLF & WOLF, LLP
Attorneys for Plaintiff
Outgoing Attorneys
910 Grand Concourse, Suite 1P
Bronx, New York 10451
Phone: (718) 410-0653
Fax: (718) 410-4061

_____
EISNER & MIRER, P.C.
Incoming Attorneys
Attorneys for Plaintiff
113 University Place, 8th Flr.
New York, NY 10003
Phone: (212) 473-8700
Fax: (212) 473-8705

_____
Leslie Drucker, Plaintiff

STATE OF NEW YORK   )
                           )ss:
COUNTY OF NEW YORK )

On the 5th day of February, in the year 2010, before me, the undersigned, a notary public in and for said state, personally appeared Leslie Drucker, personally known to me and proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary LUCY E. ORTIZ
Notary Public, State Of New York
No. 01OR4075841
Qualified in ... County