# T|W|G

**Thompson Wigdor & Gilly LLP**

**Basil C. Sitaras**
bsitaras@twglaw.com

April 25, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 APR 2011

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: 28 APR 2011

**VIA US MAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Drucker v. The City of New York, et al., No. 09 Civ. 02964 (GBD) (MHD)</u>

Dear Judge Daniels:

I write to respectfully request that Your Honor issue an order terminating my appearance in the above-referenced action, as I am no longer serving as a Senior Counsel with the Office of the Corporation Counsel, New York City Law Department. Given the continued representation of the City of New York by the Office of the Corporation Counsel, this withdrawal will not prejudice any party, nor will it result in any delay in this matter.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Basil C. Sitaras

cc:  Jeanne Mirer
     Donna Canfield