UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LESLIE DRUCKER,

          Plaintiff,

   -against-          **STIPULATION OF DISMISSAL**

THE CITY OF NEW YORK AND THE
DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,         09 CV 2964 (GBD) (MHD)

          Defendants.
------------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, Plaintiff LESLIE DRUCKER, by her attorneys, Eisner & Mirer, PC, and City Defendants CITY OF NEW YORK and the NEW YORK CITY DEPARTMENT OF EDUCATION, by its attorney, MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, as follows:

  1. Pursuant to the terms and conditions of the Stipulation of Settlement and Discontinuance (the "Settlement"), the claims asserted by the Plaintiff against City Defendants in this action are hereby dismissed, and the Second Amended Complaint herein and all previously filed complaints in this action are withdrawn, with prejudice. The parties otherwise reserve their rights as set forth in the Settlement.

  2. This Stipulation of Dismissal may be executed in counterparts and by facsimile. Facsimile signatures shall have the same force and effect as originals.

Dated: January 31, 2012

| | |
|---|---|
| Eisner & Mirer, PC<br>Attorneys for Plaintiff<br>113 University Place, Eighth Floor<br>New York, New York 10003 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for City Defendants<br>100 Church Street, Room 2-124<br>New York, New York 10007 |
| By: *[signature]*<br>JEANNE MIRER, ESQ.<br><br>Date: 1/31/2012 | By: *[signature]*<br>DONNA A. CANFIELD<br>Assistant Corporation Counsel<br><br>Date: 1/31/2012 |

SO ORDERED: _____
                  HON. GEORGE B. DANIELS